# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

WESTERN CPE, LLC,

    Plaintiff,

v.                                                CASE NO.  8:16-cv-719-T-26TBM

GLOBAL CPE NETWORK, LLC, and
JOY HEACOCK,

    Defendants.
_____/

## O R D E R

**UPON DUE AND CAREFUL CONSIDERATION** of the well-pleaded factual allegations of the Plaintiff's complaint, which this Court must accept as true at this early juncture of the proceedings, and construing those factual allegations in the light most favorable to the Plaintiff,[1] it is **ORDERED AND ADJUDGED** that the Defendant Global CPE Network, LLC's Motion to Dismiss (Dkt. 7) is **denied.**  In the Court's view, the Plaintiff's factual allegations pleaded in paragraphs seven through twenty-eight are more than sufficient to survive Defendant Global's motion to dismiss in that those allegations state claims for relief that are plausible on their face against the Defendant Global for tortious interference with the advantageous business relationship Plaintiff has with the Defendant Heacock, as well as violations of the Florida and

---

[1] See Bishop v. Ross Earle & Bonan, P.A., ___ F.3d ___, 2016 WL 1169064 at *1 (11th Cir. Mar. 25, 2016) (quoting Hill v. White, 321 F.3d 1334, 1335 (11th Cir. 2003), for the proposition that a court must accept the allegations of a complaint as true and construe those allegations in the light most favorable to the plaintiff).

Montana Uniform Trade Secrets Acts.[2]  The Court is more than satisfied that the Plaintiff's allegations are more than sufficient to allow the Court to draw the reasonable inference that the Defendant Global is liable to the Plaintiff for the misconduct alleged.[3]  The Defendant Global shall file its answer and defenses to the Plaintiff's complaint within **fourteen (14) days** of this order.

       **DONE AND ORDERED** at Tampa, Florida, on April 21, 2016.

                                   s/*Richard A. Lazzara*
                                   **RICHARD A. LAZZARA**
                                   **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record

---

[2]  See id.

[3]  See id.