# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

WESTERN CPE, LLC,

    Plaintiff,

v.                                        CASE NO. 8:16-cv-719-T-26TBM

GLOBAL CPE NETWORK, LLC, and
JOY HEACOCK,

    Defendants.
_____/

## O R D E R

**UPON DUE AND CAREFUL CONSIDERATION** of the procedural history of this case, together with the parties' submissions, it is **ORDERED AND ADJUDGED** as follows:

1) Defendants' Joint Motion to Compel and Extend the Defendants' Expert Disclosure Deadline (Dkt. 34) is **granted**. Plaintiff shall produce to Defendants no later than Friday, **May 5, 2017,** all documents related to Plaintiff's damages and all documents its expert, Mr. Dan Wardell, considered and relied upon in forming his opinions regarding Plaintiff's alleged damages. Defendants shall make their expert disclosures no later than **May 15, 2017**.

2) Defendants' Motion to Remove "Highly Confidential" Designation or Alternatively, to File Under Seal (Dkt. 36) and Amended Motion to Remove "Highly Confidential" Designation or Alternatively, to File Under Seal (Dkt. 37) are **denied as moot**.

3) The Court *sua sponte* directs Defendant Global to produce to Plaintiff no later than Friday, **May 5, 2017**, those documents it agreed to produce in its attorney's letter dated March 20, 2017, attached as Exhibit G to Plaintiff's response filed yesterday at docket 38.

**DONE AND ORDERED** at Tampa, Florida, on May 2, 2017.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

COPIES FURNISHED TO:
Counsel of Record